**Order entered April 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01121-CR
No. 05-18-01122-CR

**OSCAR PEREACRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-00276-S & F18-00275-S**

## ORDER

Before the Court are appellant's April 22, 2019 motions for extension of time to file his

brief.  We **GRANT** the motions and **ORDER** appellant's brief filed by **June 6, 2019**.

/s/    BILL PEDERSEN, III
        JUSTICE